IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ROYCE GLENN DAILY, #2354409          §
                                     §
VS.                                  §          CIVIL ACTION NO.  4:22cv660
                                     §
ESTELA GOMEZ LEMAS, ET AL.           §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Magistrate Judge issued a Report and Recommendation (Dkt. #27), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for summary judgment (Dkt. #25). No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's motion for summary judgment (Dkt. #25) is **DENIED** without prejudice as premature.

**SIGNED this 15th day of August, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE